IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Carlos David Rivera Vasquez,<br><br>                            Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General et al.,<br><br>                            Defendants. | Case No. 1:26-cv-01761-DMT-EMB |

## ORDER TO DISMISS PETITION WITHOUT PREJUDICE

[¶ 1]   THIS MATTER comes before the Court upon Plaintiff's Notice of Voluntary Dismissal filed on March 7, 2026. Doc. No. 5.

[¶ 2]   Upon consideration, it is **ORDERED** that the Petition (Doc. No. 1) is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

[¶ 3]   **IT IS SO ORDERED.**

DATED March 9, 2026.

_____
Daniel M. Traynor, District Judge
United States District Court